```
FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.    (SBN: 155175)
ANN MARIE FRIEND, ESQ.     (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-09

Attorneys for Debtors,
RAYMOND & ISABEL BENNETT
```

FILED
February 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003305935

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>**RAYMOND & ISABEL BENNETT,**<br><br>              Debtors. | Case No.: **10-94702**<br>DC No. **FW:01**<br><br>DATE: **April 19, 2011**<br>Time: **10:00 a.m.**<br>Place: 1200 I St.<br>       Department D<br>       Modesto, CA |

### NOTICE OF HEARING ON MOTION TO CONFIRM CHAPTER 13 PLAN

Debtor(s), RAYMOND & ISABEL BENNETT, filed papers with the court to amend their Chapter 13 plan pursuant to 11 U.S.C. Sec. 1324, 1325 and 1322.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

By this motion, Debtors will, and hereby do, seek an order granting the amendment of the plan. Debtor's motion is based upon this Notice of Hearing, the Motion, and on such oral and documentary evidence, authority and argument as may be presented at the hearing

on this motion.

Pursuant to Local Rules, any opposition to the granting of this Motion shall be in writing, supported by written evidence, and shall be served and filed with the clerk by the responding party not less than fourteen days preceding the noticed or continued date of hearing. Copies of your opposition must be served on the Debtors as well as the following:

```
Randall K. Walton, Esq.                Office of the U.S. TRUSTEE
Ann Marie Friend, Esq.                 501 "I" Street, Ste 7-500
FRIEND & WALTON                        Sacramento, CA  95814
A PROFESSIONAL LAW CORPORATION
P.O. Box 830
Modesto, CA 985353-0830                RUSSELL D. GREER
                                       CHAPTER 13 TRUSTEE
                                       P.O. Box 3051
                                       Modesto, CA 95353-3051
```

Without good cause, no party will be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

Date: 2-24-11

                    **FRIEND & WALTON**
                    **A PROFESSIONAL LAW CORPORATION**

                    /s/ Ann Marie Friend Esq
                    **ANN MARIE FRIEND, ESQ.,**
                    **Attorney for Debtors**